Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−15675−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Khushnaz Etwara
318 Constitution Circle
North Brunswick, NJ 08902

Social Security No.:
xxx−xx−5362

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/9/20.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 9, 2020
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 20-15675-CMG

Khushnaz Etwara                                                                 Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3                           User: admin                          Page 1 of 3

Date Rcvd: Oct 09, 2020                  Form ID: 148                     Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Khushnaz Etwara, 318 Constitution Circle, North Brunswick, NJ 08902-3520 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Wells Fargo Bank, N.A., Powers Kirn, LLC, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |
| 518806274 | + | Amex Department, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 518806276 | | Bnk of America, 4060 Ogletown/Stanton Rd, Newark, DE 19714 |
| 518806277 | + | Bonnie Reiss, c/o Paras Apy & Reiss, 2 Bridge Avenue, Red Bank, NJ 07701-4606 |
| 518830756 | + | Digant Shah, 28 Murphy Drive, Hillsborough, NJ 08844-2553 |
| 518806282 | + | Goldstein Law Group, 800 Old Bridge Road, Brielle, NJ 08730-1334 |
| 518806287 | + | Marshall B. Fleer, DDS, 177 Main Street, East Brunswick, NJ 08816-4482 |
| 518806288 | + | Percy Billmoria, 3001 Jesse Way, Piscataway, NJ 08854-6405 |
| 518806289 | + | Sewnaraine Etwara, 279 Edlys Lane, North Brunswick, NJ 08902-3057 |
| 518846840 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518846841 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129-2386 |
| 518806291 | + | State of New Jersey Dept. of Taxation, 50 Barrack Street, Trenton, NJ 08608-2006 |
| 518806292 | + | State of New York Division of Taxation, W A Harriman Campus, Bldg. 9, Albany, NY 12227-0001 |
| 518806298 | | TD Bank / Target, 7000 Target Parkway N., Mail Stop NCD-0450, Minneapolis, MN 55445-4301 |
| 518806299 | + | TD Rcs / Raymour Flanigan, 1000 MacArthur Blvd., Mahwah, NJ 07430-2035 |
| 518847918 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518806300 | | Wells Fargo Mortgage, PO Box 130335, Des Moines, IA 50306-0335 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 09 2020 22:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 09 2020 22:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518806275 | + | EDI: CITICORP.COM | Oct 10 2020 01:38:00 | Best Buy / CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 518806278 | + | EDI: WFNNB.COM | Oct 10 2020 01:38:00 | Comenity Bank / N, PO Box 182789, Columbus, OH 43218-2789 |
| 518806279 | + | EDI: WFNNB.COM | Oct 10 2020 01:38:00 | Comenity Bank / T, PO Box 182789, Columbus, OH 43218-2789 |
| 518806280 | + | EDI: WFNNB.COM | Oct 10 2020 01:38:00 | Comenity Bank / Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 518806281 | + | EDI: WFFC.COM | Oct 10 2020 01:43:00 | Credit Bureau Dispute Resolution, PO Box 14517, Des Moines, IA 50306-3517 |
| 518806286 | | EDI: CITICORP.COM | Oct 10 2020 01:38:00 | Macy's, 9111 Dule Blvd., Mason, OH 45040 |
| 518806283 | | EDI: IRS.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 10 2020 01:38:00 | Internal Revenue Service, Philadelphia, PA 19255-1498 |
| 518806284 | | EDI: JPMORGANCHASE | Oct 10 2020 01:38:00 | JPMCB, 301 N. Walnut Street, Floor 9, Wilmington, DE 19801-3935 |
| 518806285 | | EDI: JPMORGANCHASE | Oct 10 2020 01:38:00 | JPMCB, 301 North Walnut St, Floor 9, Wilmington, DE 19801-3935 |
| 518855428 | | EDI: JPMORGANCHASE | Oct 10 2020 01:38:00 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 518806293 | + | EDI: RMSC.COM | Oct 10 2020 01:38:00 | SYNCB / Amazon PLCC, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 518806294 | + | EDI: RMSC.COM | Oct 10 2020 01:38:00 | SYNCB / Banana Republic, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 518806290 | + | EDI: CITICORP.COM | Oct 10 2020 01:38:00 | Staples, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518806295 | + | EDI: RMSC.COM | Oct 10 2020 01:38:00 | Syncb / Gap, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 518806296 | + | EDI: RMSC.COM | Oct 10 2020 01:38:00 | Syncb / Lowe's, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 518806297 | + | EDI: RMSC.COM | Oct 10 2020 01:38:00 | Syncb / TJX Co, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 518869065 | + | EDI: RMSC.COM | Oct 10 2020 01:38:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518807128 | + | EDI: RMSC.COM | Oct 10 2020 01:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518864954 | + | EDI: AIS.COM | Oct 10 2020 01:43:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518815630 | | EDI: WFFC.COM | Oct 10 2020 01:43:00 | Wells Fargo Bank, N.A., Attn: Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 518839865 | | EDI: WFFC.COM | Oct 10 2020 01:43:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518806301 | + | EDI: WFFC.COM | Oct 10 2020 01:43:00 | Wells Fargo National Bank, PO Box 10475, Des Moines, IA 50306-0475 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0312-3 User: admin Page 3 of 3
Date Rcvd: Oct 09, 2020 Form ID: 148 Total Noticed: 43

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2020    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| David M. Meth | on behalf of Debtor Khushnaz Etwara david@methnjlaw.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Robert Davidow | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION nj.bkecf@fedphe.com |
| Sherri Jennifer Smith | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION nj.bkecf@fedphe.com, nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers, III | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |

TOTAL: 8