Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20–15675–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Khushnaz Etwara
　318 Constitution Circle
　North Brunswick, NJ 08902

Social Security No.:
　xxx–xx–5362

Employer's Tax I.D. No.:

## FINAL DECREE

　The estate of the above named debtor(s) has been fully administered.

　If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

　ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: February 17, 2021                    Christine M. Gravelle
　　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court